452 A.2d 27

Commonwealth v. Burns, Appellant.

Submitted June 22, 1982. Joseph C. Santaguida, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Judgment of sentence affirmed. Jurisdiction of the Superior Court of Pennsylvania is relinquished and the lower court is directed to enforce its sentence.

452 A.2d 28

Commonwealth v. Campolei, Appellant.

Submitted February 24, 1982. Douglas M. Johnson, Public Defender, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

The order of the learned Montgomery County Common Pleas Court Judge Vincent A. Cirillo is affirmed.